No. 92. VAN ALLEN v. UNITED STATES, *ante*, p. 836;

No. 104. RELIANCE PICTURE FRAME CO. v. COVENTRY WARE, INC., *ante*, p. 818;

No. 108, Misc. CEPERO v. RINCON DE GAUTIER, CITY MANAGER, SAN JUAN, *ante*, p. 9;

No. 164, Misc. CEPERO v. PUERTO RICO ET AL., *ante*, p. 9;

No. 194, Misc. MOORE v. TAYLOR, WARDEN, *ante*, p. 853;

No. 203, Misc. RICH v. MITCHELL, SECRETARY OF LABOR, *ante*, p. 854;

No. 224, Misc. ROBINSON v. UNITED STATES, *ante*, p. 856; and

No. 382, Misc. CEPERO v. PUERTO RICO ET AL., *ante*, p. 9. Petitions for rehearing denied.

NOVEMBER 13, 1961.

No. 80. LYNUM v. ILLINOIS. On petition for writ of certiorari to the Supreme Court of Illinois. Consideration of the petition for certiorari is deferred to accord counsel for petitioner opportunity to secure a certificate from the Supreme Court of Illinois as to whether the judgment herein was intended to rest on an adequate and independent state ground, or whether decision of the federal claim, identified in respondent's second response as having been asserted by the petitioner at pages 66–67 in her brief in the Supreme Court of Illinois, was necessary to the judgment rendered. Cf. *Loftus* v. *Illinois*, 334 U. S. 804; *Herb* v. *Pitcairn*, 324 U. S. 117.

MR. JUSTICE FRANKFURTER, dissenting.

Petitioner was tried and convicted for the unlawful sale, dispensing and possession of narcotics, and her conviction was affirmed, 21 Ill. 2d 63, 171 N. E. 2d 17. She seeks certiorari to review the judgment of the Illinois